# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

KENNETH JOHNSON, JR.,

    Plaintiff,

v.                          Case No. 1:17cv87-MW/GRJ

SADIE DARNELL, et al.,

    Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 35, and has also reviewed *de novo* the objections of Defendant Darnell, ECF No. 36, and Plaintiff Johnson, ECF No. 37. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over the parties' objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendants' Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 29, is

**GRANTED**, and Plaintiff's Amended Complaint, ECF No. 8, is **DISMISSED**." In so stating, this Court recognizes that Alachua County and the Alachua County Sheriff's Office are not one in the same. The Clerk shall close the file.

**SO ORDERED on August 2, 2018.**

<u>**s/Mark E. Walker**</u>     ____
**United States District Judge**